UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-5340 FMO (FFMx) | Date | February 16, 2018 |
| Title | Marilyn Coulon v. Richard Fairbank of Capital One | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Dismissing Action without Prejudice**

Plaintiff filed her Second Amended Complaint on December 5, 2017. (See Dkt. 1, "SAC"). By order dated January 5, 2018, plaintiff was ordered to show cause, on or before February 5, 2018, why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. (See Dkt. 17, Court's Order of January 5, 2017, at 3). Plaintiff was admonished that "the action [would] be dismissed if service of the summons and the SAC [was] not effected in compliance with Rule 4." (Id.). As of the date of this Order, plaintiff has neither responded to the Order to Show Cause nor filed a proof of service of the summons and complaint on defendant. (See, generally, Dkt.).

Accordingly, pursuant to Rule 4(m), dismissal of this action without prejudice for failure to effect service within the specified time is appropriate. See Fed. R. Civ. P. 4(m) (a court, on its own initiative, "must dismiss the action without prejudice" if service is not effected "within 90 days after the complaint is filed[.]"); Patrick v. Saxon Mortg., Inc., 456 F.Appx. 697, 698 (9th Cir. 2011) (district court maintains discretion to dismiss pro se complaint for failure to serve summons and complaint in timely manner).

Based on the foregoing, IT IS ORDERED that judgment be entered dismissing this action, without prejudice, for failure to effect service.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | cw |