# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COULON, | Case No. CV 17-5340 FMO (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RICHARD FAIRBANK OF CAPITAL ONE, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 16th day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge