JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN COULON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD FAIRBANK OF CAPITAL ONE,<br><br>　　　　　Defendant. | Case No. CV 17-5340 FMO (FFMx)<br><br><br>**JUDGMENT** |

　　**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 14th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge